EDWIN R. LA VIN, Appellant, v. RUSSELL C. LA VIN et al., Defendants, and SANFORD HOTEL CORP., Respondent.—

Since respondent's default was deliberate and intentional, and there was no adequate showing of a meritorious defense, it was an improvident exercise of discretion to grant the motion. (*Colonial Fuel Corp.* v. *Kahn*, 214 App. Div. 83; *Booraem* v. *Gibbons*, 263 App. Div. 665; *Scordo* v. *Terrell*, 275 App. Div. 940; *Chaplin* v. *Selznick*, 186 Misc. 66, 68–69.) Nolan, P. J., Carswell, Wenzel, MacCrate and Schmidt, JJ., concur. [See *post*, p. 1088; 280 App. Div. 895.]

PEEKSKILL MILITARY ACADEMY, Appellant, v. ERNEST TOGLIA et al., Respondents.—

On the basis of the admitted writing of the student and the conceded withholding of the lighter, the plaintiff was justified in dismissing him. Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur.

ELVIRA PHILLIP, Respondent, v. ALICE MILLER, Appellant.—

No opinion. Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur.

NATHAN STARK, Respondent, v. DAVID KESSLER, Appellant.—

The proof does not warrant the determinations of alleged false swearing as set forth in the order, nor the determination that the restraining provision of the subpœna was violated by the judgment debtor. There is no showing as to income or revenue received by the judgment debtor which would warrant a direction that he pay the judgment in installments out of moneys other than those reasonably required for living purposes of his family and himself. It was conceded that the judgment debtor did not appear on the adjourned day. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.